In the Matter of the Petition of AUGUSTUS MACKENZIE, JR., to Prove the Last Will and Testament of AUGUSTUS MACKENZIE, Deceased. DONALD MACKENZIE, JR., an Infant, by FREDERICK A. KECK, His Special Guardian, ETHEL BROWN MACKENZIE, DOROTHY (E.) MACKENZIE, CAROLINE (G.) MACKENZIE, Individually and as Administratrix, etc., of DONALD MACKENZIE, Deceased, Appellants; AUGUSTUS MACKENZIE, JR., FREDERICK J. MACKENZIE, KATHERINE MACKENZIE, Proponent and Objectant-Respondents, and Others, Respondents. (Appeal No. 2.) —Appeal from order of the Surrogate's Court of Kings county reframing the issues so as to submit to the jury on the retrial of this proceeding the following issue of fact only: " 5. At the time of the execution of the paper offered for probate did Augustus Mackenzie possess testamentary capacity? " Order affirmed, with ten dollars costs and disbursements to each respondent filing a brief, payable out of the estate, upon authority of Matter of Lippman (155 Misc. 6; affd., 245 App. Div. 807). Lazansky, P. J., Young, Davis, Johnston and Taylor, JJ., concur. [See ante, p. 317, and p. 802.]

In the Matter of the Application of CHARLES A. MERANTE, Appellant, for an Order Enjoining and Restraining the BOARD OF ELECTIONS OF THE CITY OF NEW YORK from Printing and Placing upon the Official Ballot to Be Voted at the Primary Election to Be Held on April 2, 1936, the Names of KENNETH F. SUTHERLAND and MINNIE WRIGHT, Respondents, as Candidates for State Committeeman and State Committeewoman of the Sixteenth Assembly District, Kings County, etc. BOARD OF ELECTIONS OF THE CITY OF NEW YORK, Respondent.— Order denying petitioner's application for an order enjoining and restraining the board of elections of the city of New York from printing and placing upon the official ballot to be voted at the primary election to be held on April 2, 1936, the names of Kenneth F. Sutherland and Minnie Wright, as candidates for State committeeman and State committeewoman, respectively, in the sixteenth Assembly district, Kings county, and for other relief, affirmed. No opinion. Application for leave to appeal to the Court of Appeals denied. Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.

In the Matter of the Application of HARRY MITCHELL and FERDINANDO J. PARISE, Appellants, for a Peremptory Mandamus Order against THE BOARD OF ELECTIONS OF THE CITY OF NEW YORK and JAMES A. BELL and SADIE GARAHAN, Respondents; KINGS COUNTY REPUBLICAN COMMITTEE, Intervenor, Respondent. — Order denying petitioners' application for a peremptory mandamus order to direct the board of elections of the city of New York to place their names first and second, respectively, upon the ballot to be used in the Democratic primary election in the first Assembly district of Kings county as designees for members of the State committee, affirmed as a matter of law and not in the exercise of discretion. Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur.